[No. 2,938.]

## VICTOR M. FOUCAULT *v.* JOHN PINET.

CORRECTION OF ERROR APPARENT ON RECORD.—Where a judgment is based upon a Court Commissioner's report, which finds all the facts, but discloses upon its face a palpable error in stating an account, such judgment will be corrected on appeal.

APPEAL from the District Court of the Fourth Judicial District, City and County of San Francisco.

This was an action for an accounting as between partners after dissolution. It appears that in 1866 the parties went into the coal business in San Francisco, on a capital of five thousand dollars. In 1868 they dissolved, and defendant received all the moneys that were collected.

The cause was referred to the Court Commissioner, who reported, among other things, that the parties were to share alike; that the profits and assets, excluding uncollected debts, amounted to two thousand seven hundred and twenty dollars and forty-two cents, and that plaintiff had received out of the concern two hundred and nine dollars and twelve cents more than defendant. In stating the account the Commissioner did it substantially as follows:

| | |
|---|---|
| Profits and remaining assets............................ | $2,720 42 |
| One half of excess received by plaintiff.......... | 104 56 |
| | $2,615 86 |
| Half thereof............................................ | $1,307 93 |

Upon the account as thus stated the Commissioner found that plaintiff was entitled to judgment against the defendant for one thousand three hundred and seven dollars and ninety-three cents; and upon his report judgment was afterwards entered in favor of plaintiff.

Opinion of the Court—Niles, J.

The defendant appealed.

*N. Hubert*, for Appellant.

*Montgomery & Kittrell*, for Respondent.

By the Court, NILES, J.:

There is an error apparent upon the face of the report of the Commissioner. The plaintiff should have had judgment for one thousand two hundred and fifty-five dollars and sixty-five cents, with interest from its date at seven per cent per annum and costs.

Judgment reversed and cause remanded, with directions to the Court below to modify its judgment in accordance with this opinion. Remittitur forthwith.